554

377 A.2d 175

Commonwealth v. Johnson, Appellant.

Submitted March 16, 1977.
Thompson J. McCullough, Assistant Public Defender, for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 175

Commonwealth v. Kapton, Appellant.

Submitted April 12, 1976.
John A. Stets, Public Defender, for appellant; W. Bertram Waychoff, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.